CARLIE CHRISTENSEN, Acting United States Attorney (#0633)
NATHAN D. LYON, Special Assistant United States Attorney (#10171)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ADAM CURTIS WILLIAMS,<br><br>　　　　　　　Defendant. | INDICTMENT<br><br>VIOS. 21 U.S.C. §841(a)(1) Possession of Marijuana with Intent to Distribute; 924(c), Possession of Firearm in Furtherance of Drug Trafficking Offense; 18 U.S.C. §922(g)(1), Felon in Possession of a Firearm; 21 U.S.C. §841(a)(1) Possession of Psilocyn with intent to distribute; 21 U.S.C. §844(a)(1) Possession of Tegrahycrocannabinols |

Case: 1:10-cr-00056
Assigned To : Sam, David
Assign. Date : 5/26/2010
Description: USA v.

The Grand Jury charges:

### COUNT I

On or about March 1, 2010, in the Northern Division of the District of Utah,

### ADAM CURTIS WILLIAMS,

Defendant herein, did knowingly and intentionally possess with intent to distribute marijuana, a

Schedule I controlled substance, in violation of 21 U.S.C. 841(a)(1).

## COUNT II

On or about March 1, 2010, in the Northern Division of the District of Utah,

### ADAM CURTIS WILLIAMS,

the defendant herein, did knowingly possess a firearm, a a Phoenix Arms .22 caliber handgun,

9mm Springfield XD handgun, an AK-47, in furtherance of a drug trafficking crime, to wit:

possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1), as alleged in

Count I of this Indictment, which Count II is  incorporated herein by reference; all in violation of

18 U.S.C. § 924(c).

## COUNT III

On or about March 1, 2010, in the Northern Division of the District of Utah,

### ADAM CURTIS WILLIAMS,

Defendant herein, having been convicted in any court of a crime punishable by imprisonment for

a term exceeding one year, did knowingly possess in an affecting interstate commerce firearms,

to wit, a Phoenix Arms .22 caliber handgun,  9mm Springfield XD handgun, an AK-47, and all in

violation of 18 U.S.C. § 922(g)(1).

## COUNT IV

On or about March 1, 2010, in the Northern Division of the District of Utah,

### ADAM CURTIS WILLIAMS,

Defendant herein, did knowingly and intentionally possess with intent to distribute psilocyn, a

Schedule I controlled substance, in violation of 21 U.S.C. 841(a)(1).

## COUNT V

On or about March 1, 2010, in the Northern Division of the District of Utah,

### ADAM CURTIS WILLIAMS,

Defendant herein, did knowingly and intentionally possess tetrahycrocannabinols, a Schedule I

controlled substance, in violation of 21 U.S.C. 844(a).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of the offenses in Count III, the above-named defendant shall forfeit to

the United States pursuant to 18 U.S.C. § 924(d)(1), all firearms or ammunition involved in or

used in any knowing violation of 18 U.S.C. § 922 and § 924, including but not limited to the

firearms listed in Count III.

A TRUE BILL:

_____
FOREPERSON of the GRAND JURY

CARLIE CHRISTENSEN
Acting United States Attorney

NATHAN D. LYON
Special Assistant United States Attorney

–3–