CARLIE CHRISTENSEN, United States Attorney (#0633)
NATHAN D. LYON, Special Assistant United States Attorney (#10171)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:10-CR-00056-DS |
| Plaintiff, | |
| vs. | POSITION OF UNITED STATES WITH RESPECT TO SETENECING FACTORS |
| ADAM CURTIS WILLIAMS, | |
| Defendant. | |

The United States, by and through the undersigned Special Assistant United States Attorney, pursuant to Rule 32-1(b) of the Federal Rules of Criminal Procedure of the United States District Court for the District of Utah, states that after reviewing the Presentence Report prepared by the U.S. Probation Office, no sentencing factors as described in that report are disputed by the Government.

DATED this 11th day of November, 2010.

                          */s/ Nathan D. Lyon*
                          NATHAN D. LYON
                          Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office for the District of Utah, and that a copy of the foregoing POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS was electronically filed and sent by e-filing or sent by interoffice delivery to all parties named below, this 12th day of November, 2010.

Parker Douglas
46 W. Broadway, Suite 110
Salt Lake City, Utah 84101

Valli M. Kelly
U.S. Probation Office
350 South Main Street
Salt Lake City, Utah 84101

/s/ Julie Almand
Legal Assistant