12C

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

### Petition and Order for Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: **Adam Curtis Williams** | Docket Number: **1:10CR0056-001** |

Name of Sentencing Judicial Officer: **Honorable David Sam**
**Senior U.S. District Judge**

Date of Original Sentence: **December 22, 2010**

Original Offense: **Possession of a Firearm in Furtherance of a Drug Trafficking Offense and Felon in Possession of a Firearm**

Original Sentence: **100 Months Bureau of Prisons Custody/60 Months Supervised Release**

Type of Supervision: **Supervised Release**    Supervision Began: **December 17, 2018**

### PETITIONING THE COURT

☒ To issue a summons ███████████████

### CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:** On or about May 13, 2019, the defendant committed another federal, state, or local crime, to wit: used or possessed drug paraphernalia.

**Allegation No. 2:** On or about May 13, 2019, the defendant unlawfully possessed a controlled substance, to wit: heroin.

Evidence in support of these allegations consists of records of the Logan City Police Department.

I declare under penalty of perjury that the foregoing is true and correct.

by Dusten Russell
U.S. Probation Officer
May 15, 2019

**THE COURT ORDERS:**

☒ The issuance of a summons
☐ The issuance of a warrant and tolling of the supervision time
☐ No action
☐ Other

Honorable David Sam
Senior United States District Judge

Date: May 16, 2019

PROB 12C
D/UT 12/17

Adam Curtis Williams
1:16CR00502-001