# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. David Sam

COURT REPORTER: Becky Janke
COURTROOM DEPUTY: Kim Forsgren
INTERPRETER: Not Needed

CASE NO. 1:10cr00056

USA v. Adam Curtis Williams

Approved By: _DS 7/10/19_

## APPEARANCE OF COUNSEL

Pla    Jennifer Gully
Dft    Emily A. Stirba, FPD
USPO    Dustin Russell

DATE: 07/10/2019

MATTER SET: Revocation Supervised Release - Final Hearing

DOCKET ENTRY:

The defendant is present in custody, and admits to allegations 1-2 of the petition. Allegation 3 is denied and dismissed by government motion. Discussion and argument heard regarding sentencing. The court hears statements and arguments from counsel, and the defendant makes a statement on the record. The defendant has been found to have violated the terms of supervision. SENTENCE: BOP: TIME SERVED, and continued on his original term of supervised release for 60 months which began on December 17, 2018. Special Conditions:

1. All previously imposed special conditions are reimposed.

2. The defendant must not use or possess alcohol, nor frequent businesses where alcohol is the chief item of order.

3. The defendant must in and successfully complete mental-health treatment, under a copayament plan, as directed by the U.S. Probation Office, take any mental-health medications as prescribed, and not possess or consume alcohol, nor frequent businesses where alcohol is the chief item of order, during the course of treatment or medication.