FILED
U.S. DISTRICT COURT
2019 JUL 10 A 10:49
DISTRICT OF UTAH
BY: _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Adam Curtis Williams,<br><br>Defendant. | **RELEASE ORDER**<br><br>Case No. 1:10cr0056<br><br>Judge David Sam |

The defendant appeared before the court on July 10, 2019 for a supervised release violation hearing. For the reasons stated on the record, the court orders the defendant released from the custody of the U.S. Marshal on July 10, 2019.

DATED this 10th day of July, 2019.

BY THE COURT:

_____
David Sam
United States District Court Judge