# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

### Request and Order to Amend Previous Petition

Name of Offender:  **Adam Curtis Williams**                    Docket Number:  **1:10CR00056-001**

Name of Assigned Judicial Officer:        **Honorable David Sam**
                                          **Senior U.S. District Judge**

Date of Original Sentence:  **December 22, 2010**
Original Offense:        **Possession of a Firearm in Furtherance of a Drug Trafficking Offense**
                         **Felon in Possession of a Firearm**
Original Sentence:  **100 Months Bureau of Prisons Custody/60 Months Supervised Release**

Date of Violation Sentence:  **July 10, 2019**
Violation Sentence:    **Time Served/Continued On Supervised Release**

Type of Supervision:  **Supervised Release**                Supervision Began:  **December 17, 2018**

## PETITIONING THE COURT

☒    To amend the petition signed on August 14, 2019 as follows:

## CAUSE

*Allegations on August 14, 2019:*

**Allegation No. 1:** On or about August 4, 2019, the defendant used and/or possessed alcohol.

**Allegation No. 2:** On or about August 4, 2019, the defendant committed another federal, state, or local crime, to wit:  assault, domestic violence.

**Allegation No. 3:**  On or about August 4, 2019, the defendant committed another federal, state, or local crime, to wit:  assault on a police officer.

**Allegation No. 4:**  On or about August 4, 2019, the defendant committed another federal, state, or local crime, to wit:  assault by a prisoner.

**Allegation No. 5:**  On or about August 4, 2019, the defendant committed another federal, state, or local crime, to wit:  resisting arrest.

*Additional allegations:*

**Allegation No. 6:** On or about April 18, 2019, the defendant committed another federal, state, or local crime, to wit:  object Rape.

**Allegation No. 7:** On or about April 18, 2019, the defendant committed another federal, state, or local crime, to wit:  forcible sodomy.

**Allegation No. 8:** On or about April 18, 2019, the defendant committed another federal, state, or local crime, to wit: forcible sexual abuse.

Evidence in support of these allegations consists of records of the Logan City Police Department.

I declare under penalty of perjury that the foregoing is true and correct.

by Dusten Russell
U.S. Probation Officer
October 2, 2019

**THE COURT ORDERS:**

☒ That the original petition be amended to include all allegations outlined
☐ No action
☐ Other

Honorable David Sam
Senior United States District Judge

Date: _____10/02/2019_____